UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TERRANCE DAVIS,<br><br>                  Plaintiff,<br><br>v.<br><br>PICKENS, *et al.*,<br><br>                  Defendants. | Case No. 3:24-CV-00119-ART-CLB<br><br>**ORDER DENYING AS MOOT MOTION TO COMPEL**<br><br>[ECF No. 56] |

Before the Court is Plaintiff Terrance Davis's ("Davis") motion to compel discovery. (ECF No. 56.) Davis's motion seeks to compel the production of several documents and responses to interrogatories by Defendants. (*See id.*) Davis states that he submitted a written request for documents and interrogatories on January 15, 2025, and again on February 10, 2025, but as of the filing of the motion he had yet to receive responses. (*Id.*) Defendant Madeline Pickens responded to the motion to compel, noting that since the filing of the motion, the parties have met and conferred and come to an amicable resolution regarding the discovery requests, and therefore, Davis's motion is moot. (ECF No. 58.) Davis did not file a reply.

Having reviewed Davis's motion to compel and Defendants' opposition, and based on the lack of reply, it appears there is no longer a dispute between the parties as to discovery.

Accordingly, **IT IS ORDERED** that Davis's motion to compel, (ECF No. 56), is **DENIED as moot.**

**DATED**: April 3, 2025

_____
UNITED STATES MAGISTRATE JUDGE